IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAVID VEASLEY                                                                                            PLAINTIFF

V.                                    NO. 3:11CV00228 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 19th day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE